## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WNAC, LLC,                )<br><br>Plaintiff and Counterclaim-Defendant,    )<br><br>v.    )<br><br>VERIZON CORPORATE SERVICES<br>GROUP INC., and    )<br><br>NEXSTAR MEDIA GROUP, INC.,    )<br><br>Defendants and Counterclaim-Plaintiffs.    )<br>    ) | CIVIL ACTION NO.<br>21-cv-10750-ADB |

### STIPULATION OF JOINT DISMISSAL OF ALL CLAIMS

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff WNAC, LLC ("WNAC") and

Defendants Verizon Corporate Services Group Inc. ("Verizon") and Nexstar Media Group, Inc.

("Nexstar") (collectively, "the Parties") hereby stipulate to the dismissal with prejudice of all

claims and counter-claims asserted by all Parties in this litigation, with each party to bear its own

costs and fees.

Dated: June 3, 2024

/s/ *Sanford F. Remz*
Sanford F. Remz (BBO# 549198)
Douglas W. Salvesen (BBO# 550332)
YUKKO PARTNERS, P.C.
One Tech Drive, Suite 205
Andover, Massachusetts 01810
(617) 381-4404
SRemz@yurkopartners.com

*Counsel for Defendant Nexstar Media Group, Inc.*

Respectfully submitted,

/s/ *Lauren Papenhausen*

Lauren Papenhausen (BBO# 655527)
White & Case LLP
75 State St.
Boston, MA 02109
Tel: (617) 979-9300
lauren.papenhausen@whitecase.com

Anna Naydonov (*pro hac vice*)
Spencer Beall (*pro hac vice*)
White & Case LLP

1

2

/s/ *Joshua Branson*

Joshua Branson (BBO# 678573) (*pro hac vice*)
Matthew M. Duffy (*pro hac vice*)
Bethan R. Jones (*pro hac vice*)
Abigail E. DeHart (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jbranson@kellogghansen.com
mduffy@kellogghansen.com
bjones@kellogghansen.com
adehart@kellogghansen.com

Martin F. Gaynor, III (BBO# 564384)
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
(617) 648-2800
mgaynor@huntonak.com

*Counsel for Defendant Verizon Corporate Services Group, Inc.*

701 13th St. NW
Washington, DC 20005
Tel: (202) 626-3600
anna.naydonov@whitecase.com
spencer.beall@whitecase.com

Nathan Swire (BBO# 705925)
Tejaswini Gupta (*pro hac vice*)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
nathan.swire@whitecase.com
tejaswini.gupta@whitecase.com

Justine Anderson (*pro hac vice*)
White & Case LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Tel: (213) 620-7700
Justine.anderson@whitecase.com

*Counsel for Plaintiff WNAC, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Stipulation of Joint Dismissal of All Claims* was served on all counsel of record by Electronic Case Filing (ECF) on the 3rd day of June 2024.

/s/ *Lauren Papenhausen*

Lauren Papenhausen